AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| HOPE KLAUS, on behalf of herself and all others similarly situated,<br>*Plaintiff*<br>v.<br>HUMANA PHARMACY, INC.,<br>*Defendant* | Civil Action No. 1:19-cv-01025 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the **defendant** *(name)* _____ recover costs from the **plaintiff** *(name)* _____ .

☑ **other:** The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Timothy S. Black, U.S. District Judge  on a motion for Approval of Settlement and Stipulation of Dismissal with Prejudice (Doc. 16).

Date: 4/23/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*